UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   Brian R. Martinotti                                  Date:   07/24/2025
Court Reporter:   Tammera Witte                      Docket No: 2:23-065-BRM-01

Title of the Case:

UNITED STATES OF AMERICA
v.                                                                                                       \
IBRAHEEM MUHAMMAD

Appearances:

Aja Espinosa, AUSA
Jacqueline Cistaro, Attorney for Defendant
Natalie Shreve, USPO

Nature of Proceedings:   **SENTENCE**

Conference held in chambers
Defendant present
SENTENCE: Total term of 120 Months.   This term consists of 60 months on each of Counts 1 & 2 of the Indictment, to run concurrently and 60 Months on Count 3, to run consecutively to Counts 1 and 2.   This term of imprisonment imposed by this judgment will run consecutively to the defendant's imprisonment under any previous state or federal sentence.
SUPERVISED RELEASE: 3 years on each Count, to run concurrently.
Special Assessment: $300.00 ($100 per Count, due immediately)
Special Conditions:
- Alcohol/Drug Testing & Treatment
- Consent to Search
- Mental Health Treatment
- Life Skills/Education
- Supporting Dependents
- DMV Compliance
- No Gangs

Fine:   WAIVED
Defendant advised of right to appeal

Recommendation to BOP:   a facility for service of this sentence close to defendant's home address
Court ordered Defendant remanded

                                                Lissette Rodriguez, Courtroom Deputy

Commenced:   11:15 am
Concluded:    12:00 pm